Case 2:21-cr-00119-SPC-KCD   Document 79   Filed 02/03/23   Page 1 of 1 PageID

FILED

U.S. MARSHALS W/TX
RECEIVED

FEB 08 2023

FEB 0 8 2023

Case 2:21-cr-00119-SPC-KCD   Document 77 (Court only)   Filed 01/09/23   Page 1 of 1
PageID 270

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS

DEL RIO, TX

BY _____ DEPUTY

| PROB-22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) 2:21-cr-119-SPC-KCD |
|---|---|---|

**DR23CR0251**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alejandro Flores<br>*Address information not available* | Middle District of Florida | Fort Myers Division |
| | NAME OF SENTENCING JUDGE<br>The Honorable Sheri Polster Chappell | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/12/2022 | TO 10/11/2025 |

| OFFENSE |
|---|
| Illegal Transportation of Aliens, 8 USC § 1324(a)(1)(A)(ii) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Middle_ DISTRICT OF _Florida_

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _Western District of Texas_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| January 9, 2023 | _Sheri Polster Chappell_ |
|---|---|
| Date | Sheri Polster Chappell - United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Western_ DISTRICT OF _Texas_

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 1-17-2023 | |
|---|---|
| Effective Date | United States District Judge |

CLOSED, CUSTODY, INTERPRETER, PROB/SR TRAN

# U.S. District Court
## Middle District of Florida (Ft. Myers)
## CRIMINAL DOCKET FOR CASE #: 2:21-cr-00119-SPC-KCD-1

Case title: USA v. Flores

Date Filed: 12/15/2021

Magistrate judge case number: 2:21-mj-01178-MRM

Date Terminated: 08/19/2022

---

Assigned to: Judge Sheri Polster Chappell
Referred to: Magistrate Judge Kyle C. Dudek

**Defendant (1)**

| | |
|---|---|
| **Alejandro Flores**<br>*TERMINATED: 08/19/2022*<br>*also known as*<br>Alejandro Flores Auyon<br>*TERMINATED: 08/19/2022* | represented by **Douglas Molloy**<br>Molloy Law, LLC<br>1411 Bayview Ct<br>Ft Myers, FL 33901<br>239/362-3194<br>Fax: 239-362-3248<br>Email: DouglasMolloy@MolloyLaw.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Yvette Clair Gray**<br>Federal Public Defender's Office<br>2075 West First Street, Suite 300<br>Ft Myers, FL 33901<br>239/334-0397<br>Fax: 239/334-4109<br>Email: yvette_gray@fd.org<br>*TERMINATED: 12/16/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Pending Counts**

8:1324.F BRINGING IN AND
HARBORING ALIENS
(1)

8:1324.F BRINGING IN AND
HARBORING ALIENS
(2)

**Disposition**

Imprisonment: 12-MONTHS and 1-DAY;
Supervised Release: 36-MONTHS; Remand
to the custody of the U.S. Marshal.

Dismiss on motion of United States.

**Highest Offense Level (Opening)**

## Terminated Counts

None

## Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints

8:1324.F BRINGING IN AND
HARBORING ALIENS

## Disposition

## Plaintiff

**USA**

represented by **Jesus M. Casas**
US Attorney's Office - FLM
Room 3-137
2110 First Street
Ft Myers, FL 33901
239/461-2200
Email: Jesus.M.Casas@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Shannon Laurie**
U.S. Attorney's Office
2110 First Street., Suite 3-137
Fort Myers, FL 33953
239-461-2000
Fax: 239-461-2219
Email: shannon.laurie@usdoj.gov
*TERMINATED: 03/01/2022*
*LEAD ATTORNEY*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2021 | 1 | COMPLAINT as to Alejandro Flores (1). (FN) [2:21-mj-01178-MRM] (Entered: 12/06/2021) |
| 12/06/2021 | 4 | **ORDER as to Alejandro Flores: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (FN) [2:21-mj-01178-MRM] (Entered: 12/06/2021)** |
| 12/07/2021 | 5 | NOTICE OF HEARING as to Alejandro Flores: Initial Appearance set for 12/8/2021 at 12:00 PM in Zoom Video Conference before Magistrate Judge Mac R. McCoy. The |

|  |  |  |
|---|---|---|
|  |  | (1) Only Defendant, Defendant's counsel and the interpreter may join the video conference beginning at 12:00 PM to permit Defendant and counsel to confer before the formal hearing begins, and the Court allocates the first 30 minutes of the video conference for that purpose; and (2) all other hearing participants must join the video conference promptly at but no sooner than 12:30 PM, at which time the formal hearing will commence.(WRW) [2:21-mj-01178-MRM] (Entered: 12/07/2021) |
| 12/08/2021 | 7 | ORAL MOTION to Appoint Interpreter and ORAL MOTION to Appoint Counsel by Alejandro Flores. (FN) [2:21-mj-01178-MRM] (Entered: 12/08/2021) |
| 12/08/2021 | 8 | ORAL MOTION for Detention by USA as to Alejandro Flores. (FN) [2:21-mj-01178-MRM] (Entered: 12/08/2021) |
| 12/08/2021 | 9 | Minute Entry for Virtual proceedings held before Magistrate Judge Mac R. McCoy: granting 7 ORAL Motion to Appoint Interpreter as to Alejandro Flores (1); granting 7 ORAL Motion to Appoint Counsel as to Alejandro Flores (1); granting 8 ORAL Motion for Detention as to Alejandro Flores (1). Initial Appearance and Detention Hearing as to Alejandro Flores held on 12/8/2021. (Digital) (Interpreter/Language: Leon Fontova/Spanish) (FN) [2:21-mj-01178-MRM] (Entered: 12/08/2021) |
| 12/08/2021 | 10 | **ORAL ORDER as to Alejandro Flores: DUE PROCESS PROTECTION ACT ORAL ORDER. As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge Mac R. McCoy on 12/8/2021. (FN) [2:21-mj-01178-MRM] (Entered: 12/08/2021)** |
| 12/08/2021 | 11 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Alejandro Flores. Signed by Magistrate Judge Mac R. McCoy on 12/8/2021. (FN) [2:21-mj-01178-MRM] (Entered: 12/08/2021)** |
| 12/08/2021 | 12 | **ORDER OF DETENTION PENDING TRIAL as to Alejandro Flores. Signed by Magistrate Judge Mac R. McCoy on 12/8/2021. (FN) [2:21-mj-01178-MRM] (Entered: 12/08/2021)** |
| 12/08/2021 | 14 | NOTICE OF ATTORNEY APPEARANCE: Yvette Clair Gray appearing for Alejandro Flores (Gray, Yvette) [2:21-mj-01178-MRM] (Entered: 12/08/2021) |
| 12/10/2021 | 15 | NOTICE OF ATTORNEY APPEARANCE: Douglas Molloy appearing for Alejandro Flores (Molloy, Douglas) [2:21-mj-01178-MRM] (Entered: 12/10/2021) |
| 12/15/2021 | 16 | INDICTMENT returned in open court as to Alejandro Flores (1) count(s) 1. (jmc) (Additional attachment(s) added on 12/16/2021: # 1 Exhibit Restricted Unredacted Indictment) (jmc). (Entered: 12/16/2021) |
| 12/16/2021 | 19 | **ORDER as to Alejandro Flores: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (jmc) (Entered: 12/16/2021)** |
| 12/16/2021 | 20 | NOTICE OF HEARING as to Alejandro Flores: Arraignment set for 12/17/2021 at 10:00 AM via Zoom Video Conference before Magistrate Judge Mac R. McCoy. The Clerk of |

| | | |
|---|---|---|
| | | Defendant, Defendant's counsel, and the interpreter may join the video conference beginning at 10:00 AM to permit Defendant and his counsel to confer before the formal hearing begins, and the Court allocates the first 30 minutes of the video conference for that purpose; and (2) all other hearing participants must join the video conference promptly at *but no sooner than* 10:30 AM, at which time the formal hearing will commence. (FN) (Entered: 12/16/2021) |
| 12/16/2021 | 21 | MOTION to Withdraw as Attorney by Yvette C. Gray. by Alejandro Flores. (Gray, Yvette) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 12/16/2021) |
| 12/16/2021 | 22 | **ENDORSED ORDER granting 21 Motion to Withdraw as Attorney by Yvette C. Gray. Yvette C. Gray withdrawn from case as to Alejandro Flores (1). Signed by Magistrate Judge Mac R. McCoy on 12/16/2021. (FN)** (Entered: 12/16/2021) |
| 12/16/2021 | 23 | NOTICE OF ATTORNEY APPEARANCE Shannon Laurie appearing for USA. (Laurie, Shannon) (Entered: 12/16/2021) |
| 12/17/2021 | 24 | NOTICE OF ATTORNEY APPEARANCE: Douglas Molloy appearing for Alejandro Flores (Molloy, Douglas) (Entered: 12/17/2021) |
| 12/17/2021 | 25 | ORAL MOTION for Discovery and ORAL MOTION for entry of scheduling order setting the matter for trial by Alejandro Flores. (FN) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 12/17/2021) |
| 12/17/2021 | 26 | ORAL MOTION for Reciprocal Discovery and ORAL MOTION for entry of scheduling order setting the matter for trial by USA as to Alejandro Flores. (FN) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 12/17/2021) |
| 12/17/2021 | 27 | Minute Entry for Virtual proceedings held before Magistrate Judge Mac R. McCoy: granting 25 ORAL Motion for Discovery by Alejandro Flores (1); granting 25 ORAL Motion for entry of scheduling order setting the matter for trial by Alejandro Flores (1); granting 26 ORAL Motion for Reciprocal Discovery by USA; granting 26 ORAL Motion for entry of scheduling order setting the matter for trial by USA. ARRAIGNMENT as to Alejandro Flores (1) Count 1 held on 12/17/2021. Defendant pled not guilty. (Digital) (Interpreter/Language: Jesse Leonor/Spanish) (FN) (Entered: 12/17/2021) |
| 12/17/2021 | 28 | **PRETRIAL CRIMINAL SCHEDULING ORDER as to Alejandro Flores: Status Conference set for 1/10/2022 at 09:30 AM in Ft. Myers Courtroom 5 D before Judge Sheri Polster Chappell and Trial Term set for 2/1/2022 in Ft. Myers Courtroom 5 D before Judge Sheri Polster Chappell. Signed by Magistrate Judge Mac R. McCoy on 12/17/2021. (FN)** (Entered: 12/17/2021) |
| 12/21/2021 | 30 | Summons Returned Executed on 12/17/2021 as to Alejandro Flores (JK) (Entered: 12/21/2021) |
| 12/30/2021 | 31 | NOTICE *of Discovery Response* by USA as to Alejandro Flores (Attachments: # 1 Exhibit)(Laurie, Shannon) (Entered: 12/30/2021) |
| 01/07/2022 | 32 | NOTICE TO ALL PARTIES REGARDING JANUARY 10TH, 2022 CRIMINAL STATUS CONFERENCE HEARING: The Status Conference set for 1/10/2022 at 9:30 AM before Judge Sheri Polster Chappell will be conducted via teleconference; the defendant's presence IS NOT REQUIRED. Participants are instructed to follow the call-in instructions to join the teleconference. DIAL IN INSTRUCTIONS: TOLL FREE NUMBER: 1-888-684-8852, ACCESS CODE: 9040683. Dial in at least 5 minutes before hearing time. Landline preferred. Do not use the speaker phone feature during the call. (AEH) (Entered: 01/07/2022) |

| | | |
|---|---|---|
| | | AM before Judge Sheri Polster Chappell will be conducted via teleconference; the defendant's presence IS NOT REQUIRED. Participants are instructed to follow the call-in instructions to join the teleconference and follow the prompts. DIAL IN INSTRUCTIONS: TELEPHONE NUMBER: 1-689-223-3510, CONFERENCE ID: 247 961 345#. Dial in at least 5 minutes before hearing time. Landline preferred. Do not use the speaker phone feature during the call. (AEH) (Entered: 01/07/2022) |
| 01/10/2022 | 34 | Minute Entry for Telephonic proceedings held before Judge Sheri Polster Chappell: STATUS Conference as to Alejandro Flores held on 1/10/2022. Court Reporter: Stacey Raikes (AEH) (Entered: 01/10/2022) |
| 01/10/2022 | 35 | ORAL MOTION to Continue trial by USA as to Alejandro Flores. (AEH) (Entered: 01/10/2022) |
| 01/10/2022 | 36 | **ORAL ORDER granting D.E. 35 Defendant Alejandro Flores's Oral Motion to Continue Trial Term. The Court, therefore, determines that the time from today until the end of the March 2022 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Jury Trial is set for the trial term commencing March 1, 2022 in Ft. Myers Courtroom 5D before Judge Sheri Polster Chappell and a Criminal Status Conference is scheduled for February 14, 2022 at 9:30am before Judge Sheri Polster Chappell and will be conducted via teleconference. Participants shall receive call-in instructions for joining hearing by separate notice. Signed by Judge Sheri Polster Chappell on 1/10/2022. (AEH)** Modified on 2/1/2022 (AEH). (Entered: 01/10/2022) |
| 02/13/2022 | 37 | NOTICE TO ALL PARTIES REGARDING FEBRUARY 14TH, 2022 CRIMINAL STATUS CONFERENCE HEARING: The Status Conference set for 2/14/2022 at 9:30 AM before Judge Sheri Polster Chappell will be conducted via teleconference; the defendant's presence IS NOT REQUIRED. Participants are instructed to follow the call-in instructions to join the teleconference and follow the prompts. DIAL IN INSTRUCTIONS: TELEPHONE NUMBER: 1-689-223-3510, CONFERENCE ID: 739 769 413#. Dial in at least 5 minutes before hearing time. Landline preferred. Do not use the speaker phone feature during the call.(AEH)(AEH) (Entered: 02/13/2022) |
| 02/14/2022 | 38 | Minute Entry for Telephonic proceedings held before Judge Sheri Polster Chappell: STATUS Conference as to Alejandro Flores held on 2/14/2022. Court Reporter: Stacey Raikes (AEH) (Entered: 02/14/2022) |
| 02/14/2022 | 39 | ORAL MOTION to Continue trial by Alejandro Flores. (AEH) (Entered: 02/14/2022) |
| 02/14/2022 | 40 | **ORAL ORDER granting D.E. 39 Defendant Alejandro Flores's Oral Motion to Continue Trial Term. The Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant's in a speedy trial. The Court, therefore, determines that the time from today until the end of the April 2022 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Jury Trial is set for the trial term commencing April 4, 2022 in Ft. Myers Courtroom 5D before Judge Sheri Polster Chappell and a Criminal Status Conference is scheduled for March 14, 2022 at 9:30am before Judge Sheri Polster Chappell and will be conducted via teleconference. Participants shall receive call-in instructions for joining hearing by separate notice. Signed by Judge Sheri Polster Chappell on 2/14/2022. (AEH)** (Entered: 02/14/2022) |
| 02/23/2022 | 41 | CONSENT regarding entry of a plea of guilty as to Alejandro Flores (Molloy, Douglas) (Entered: 02/23/2022) |
| 02/23/2022 | 42 | NOTICE OF HEARING as to Alejandro Flores: Change of Plea Hearing set for 3/16/2022 |

Query    Reports    Utilities    Help    What's New    Log Out

| | | |
|---|---|---|
| | | will transmit instructions for joining the video conference by separate email to the required participants. NOTE THE FOLLOWING SPECIAL PROCEDURES: (1) only Defendant, Defendant's counsel, and the interpreter may join the video conference beginning at 10:00 AM to permit Defendant and his counsel to confer before the formal hearing begins, and the Court allocates the first 30 minutes of the video conference for that purpose; and (2) all other hearing participants must join the video conference promptly at *but no sooner than* 10:30 AM, at which time the formal hearing will commence. (FN) (Entered: 02/23/2022) |
| 02/24/2022 | 43 | PLEA AGREEMENT re: count(s) One of the Indictment as to Alejandro Flores (Laurie, Shannon) (Entered: 02/24/2022) |
| 02/24/2022 | 44 | WAIVER of OBJECTION TO REPORT AND RECOMMENDATION by USA as to Alejandro Flores. (Laurie, Shannon) (Entered: 02/24/2022) |
| 02/25/2022 | 45 | NOTICE OF RESCHEDULING HEARING: The Change of Plea hearing previously scheduled for 3/16/2022 is rescheduled as to Alejandro Flores. New hearing date and time: Change of Plea Hearing set for 3/7/2022 at 10:00 AM in Ft. Myers Courtroom 5 C before Magistrate Judge Mac R. McCoy. All plea paperwork must be filed 48 hours prior to the scheduled hearing. (FN) (Entered: 02/25/2022) |
| 03/01/2022 | 46 | MOTION to Withdraw as Attorney by Shannon Laurie. by USA as to Alejandro Flores. (Laurie, Shannon) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 03/01/2022) |
| 03/01/2022 | 47 | NOTICE OF ATTORNEY APPEARANCE Jesus M. Casas appearing for USA. (Casas, Jesus) (Entered: 03/01/2022) |
| 03/01/2022 | 48 | **ENDORSED ORDER granting 46 Motion to Withdraw. Because the government continues to be represented by Jesus M. Casa, the Court accepts the motion as filed. Accordingly, Attorney Shannon Laurie has no further responsibility in this case. The Clerk of Court is directed to terminate Attorney Shannon Laurie as counsel of record in this case and to remove her from the electronic service list in CM/ECF. Signed by Magistrate Judge Mac R. McCoy on 3/1/2022. (WJF) (Entered: 03/01/2022)** |
| 03/01/2022 | 49 | Unopposed MOTION to Continue Change of Plea Hearing by USA as to Alejandro Flores. (Casas, Jesus) (Entered: 03/01/2022) |
| 03/01/2022 | 50 | **ENDORSED ORDER granting 49 Unopposed Motion to Continue Change of Plea Hearing by USA as to Alejandro Flores (1). The Clerk of Court is directed to re-notice the hearing. Signed by Magistrate Judge Mac R. McCoy on 3/1/2022. (FN)** (Entered: 03/01/2022) |
| 03/01/2022 | 51 | NOTICE OF RESCHEDULING HEARING: The Change of Plea hearing previously scheduled for 3/7/2022 is rescheduled as to Alejandro Flores. New hearing date and time: Change of Plea Hearing set for 3/10/2022 at 10:00 AM in Ft. Myers Courtroom 5 C before Magistrate Judge Mac R. McCoy. (FN) (Entered: 03/01/2022) |
| 03/10/2022 | 52 | Minute Entry for In Person proceedings held before Magistrate Judge Mac R. McCoy: Change of Plea Hearing as to Alejandro Flores held on 3/10/2022. (Digital) (Interpreter/Language: Leon Fontova/Spanish) (FN) (Entered: 03/10/2022) |
| 03/10/2022 | 53 | AMENDED PLEA AGREEMENT re: count One of the Indictment as to Alejandro Flores (FN) (Entered: 03/10/2022) |
| 03/10/2022 | 54 | **REPORT AND RECOMMENDATION Concerning Plea of Guilty re: count One of the Indictment as to Alejandro Flores. Signed by Magistrate Judge Mac R. McCoy on 3/10/2022. (FN)** (Entered: 03/10/2022) |

| | | |
|---|---|---|
| | | (Sentencing is set for 6/13/2022 at 10:30AM in Ft. Myers Courtroom 5D before Judge Sheri Polster Chappell.) (AEH) (Entered: 03/11/2022) |
| 03/11/2022 | 57 | **SENTENCING SCHEDULING ORDER as to Alejandro Flores: Sentencing is set for 6/13/2022 at 10:30AM in Ft. Myers Courtroom 5D before Judge Sheri Polster Chappell. Signed by Judge Sheri Polster Chappell on 3/11/2022. (AEH)** (Entered: 03/11/2022) |
| 04/26/2022 | 58 | NOTICE OF RESCHEDULING SENTENCING HEARING: The Sentencing hearing as to Alejandro Flores previously scheduled for 6/13/2022 is rescheduled. The new hearing date and time are as follows: Sentencing is now set for 6/7/2022 at 10:15AM in Ft. Myers Courtroom 5D before Judge Sheri Polster Chappell. (AEH) (Entered: 04/26/2022) |
| 05/28/2022 | 62 | MEMORANDUM in opposition by Alejandro Flores re 60 SEALED Presentence Investigation Report (Molloy, Douglas) Modified as to docket text on 5/31/2022 (JK). (Entered: 05/28/2022) |
| 06/02/2022 | 63 | MOTION to Continue Sentencing by Alejandro Flores. (Molloy, Douglas) (Entered: 06/02/2022) |
| 06/03/2022 | 64 | **ENDORSED ORDER granting Defendant Alejandro Flores's Motion to Continue Sentencing Hearing (Doc. 63). The Clerk SHALL reschedule the hearing under separate cover. Signed by Judge Sheri Polster Chappell on 6/3/2022. (AEH)** (Entered: 06/03/2022) |
| 06/03/2022 | 65 | NOTICE OF RESCHEDULING SENTENCING HEARING: The Sentencing hearing as to Alejandro Flores previously scheduled for 6/7/2022 is rescheduled. The new hearing date and time are as follows:Sentencing is now set for 7/13/2022 at 1:30PM in Ft. Myers Courtroom 5D before Judge Sheri Polster Chappell. (AEH) (Entered: 06/03/2022) |
| 07/01/2022 | 66 | Case as to Alejandro Flores Reassigned to U.S. Magistrate Judge Kyle C Dudek. New case number: 2:21-cr-119-SPC-KCD. Magistrate Judge Mac R. McCoy no longer assigned to the case. (LMF) (Entered: 07/01/2022) |
| 07/12/2022 | 67 | NOTICE OF RESCHEDULING SENTENCING HEARING: The Sentencing hearing as to Alejandro Flores previously scheduled for 7/13/2022 is rescheduled. The new hearing date and time are as follows: Sentencing is now set for 8/8/2022 at 11:00AM in Ft. Myers Courtroom 5D before Judge Sheri Polster Chappell. (AEH) (Entered: 07/12/2022) |
| 08/01/2022 | 68 | NOTICE OF RESCHEDULING SENTENCING HEARING: The Sentencing hearing as to Alejandro Flores previously scheduled for 8/8/2022 is rescheduled. The new hearing date and time are a follows: Sentencing is now set for 8/18/2022 at 9:30AM in Ft. Myers Courtroom 5D before Judge Sheri Polster Chappell. (AEH) (Entered: 08/01/2022) |
| 08/18/2022 | 69 | Minute Entry for In Person proceedings held before Judge Sheri Polster Chappell: SENTENCING held on 8/18/2022 for Alejandro Flores, Count 1, Imprisonment: 12-MONTHS and 1-DAY; Supervised Release: 36-MONTHS; Remand to the custody of the U.S. Marshal. Count 2 is Dismissed on motion of United States. Court Reporter: Stacey Raikes (Interpreter/Language: Leon Fontova/Spanish) (AEH) (Entered: 08/18/2022) |
| 08/19/2022 | 71 | **JUDGMENT as to Alejandro Flores, Count 1, Imprisonment: 12-MONTHS and 1-DAY; Supervised Release: 36-MONTHS; Special Assessment: $100; Remand to the custody of the U.S. Marshal. Count 2 - Dismiss on motion of United States. Signed by Judge Sheri Polster Chappell on 8/19/2022. (AEH)** Modified text on 11/9/2022 (JK). (Entered: 08/19/2022) |

Query     Reports     Utilities     Help     What's New     Log Out

Query     Reports     Utilities     Help     What's New     Log Out

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 2:21-cr- 119 ·SPC-KRM

8 U.S.C. § 1324(a)(1)(A)(ii)

ALEJANDRO FLORES
a/k/a Alejandro Flores Auyon

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about December 5, 2021, in the Middle District of Florida, the

defendant,

ALEJANDRO FLORES
a/k/a Alejandro Flores Auyon,

Knowing and in reckless disregard of the fact that a certain alien, E.V.Q., had come

to, entered and remained in the United States in violation of law, did transport and

move said alien within the United States by means of transportation and otherwise in

furtherance of such violation of law, for the purpose of private financial gain;

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

2021 DEC 15 PM 12:28

## COUNT TWO

On or about December 5, 2021, in the Middle District of Florida, the defendant,

### ALEJANDRO FLORES
a/k/a Alejandro Flores Auyon,

Knowing and in reckless disregard of the fact that a certain alien, A.V.E., had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of private financial gain;

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

A TRUE BILL,

████████████████████████

Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Shannon Laurie
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

2

FORM OBD-34
APR 1991

No. 2:21-cr-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

## THE UNITED STATES OF AMERICA

vs.

## ALEJANDRO FLORES
a/k/a Alejandro Flores Auyon

## INDICTMENT

Violations:

8 U.S.C. § 1324(a)(1)(A)(ii)

A true bill,



_____
Ǫ   Foreperson

Filed in open court this 15th day

of December, 2021.

_____
Clerk

Bail $_____

GPO 863 525

Case 2:23-cr-00251-ILL   Document 1   Filed 02/08/23   Page 12 of 18

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.

**ALEJANDRO FLORES**
<u>a/k/a Alejandro Flores Auyon</u>

**Case Number: 2:21-cr-119-SPC-KCD**

**USM Number: 31049-308**

**Douglas Molloy, Retained**
**1411 Bayview Ct**
**Ft Myers, FL 33901**

### JUDGMENT IN A CRIMINAL CASE

Defendant pleaded guilty to Count One of the Indictment. Defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Illegal Transportation of Aliens | December 5, 2021 | One |

Defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count Two is dismissed on the motion of the United States.

**IT IS ORDERED** that Defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Judgment:

August 18, 2022

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

August 19, 2022

Alejandro Flores
2:21-cr-119-SPC-KCD

## IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12-MONTHS and 1-DAY**.

The Court makes the following recommendations to the Bureau of Prisons:

1. **The Court recommends to the Bureau of Prisons that the defendant participate in the Institution Hearing Program of the Federal Bureau of Prisons to determine his removal status while incarcerated.**

2. **Incarceration in a facility close to home (Southwest Florida).**

Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 09/19) Judgment in a Criminal Case

**Alejandro Flores**
**2:21-cr-119-SPC-KCD**

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **3-YEARS**.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4.  Defendant shall cooperate in the collection of DNA, as directed by the probation officer.

The defendant shall comply with the standard conditions that have been adopted by this court as well as any other conditions on the attached page.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Alejandro Flores
2:21-cr-119-SPC-KCD

## STANDARD CONDITIONS OF SUPERVISION

As part of Defendant's supervised release, Defendant must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for Defendant's behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in Defendant's conduct and condition.

1.  Defendant must report to the probation office in the federal judicial district where Defendant is authorized to reside within 72 hours of Defendant's release from imprisonment, unless the probation officer instructs Defendant to report to a different probation office or within a different time frame.

2.  After initially reporting to the probation office, Defendant will receive instructions from the court or the probation officer about how and when Defendant must report to the probation officer, and Defendant must report to the probation officer as instructed.

3.  Defendant must not knowingly leave the federal judicial district where Defendant is authorized to reside without first getting permission from the court or the probation officer.

4.  Defendant must answer truthfully the questions asked by Defendant's probation officer

5.  Defendant must live at a place approved by the probation officer. If Defendant plans to change where Defendant lives or anything about Defendant's living arrangements (such as the people Defendant lives with), Defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, Defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6.  Defendant must allow the probation officer to visit Defendant at any time at Defendant's home or elsewhere, and Defendant must permit the probation officer to take any items prohibited by the conditions of Defendant's supervision that the probation officer observes in plain view.

7.  Defendant must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses Defendant from doing so. If Defendant does not have full-time employment Defendant must try to find full-time employment, unless the probation officer excuses Defendant from doing so. If Defendant plans to change where Defendant works or anything about Defendant's work (such as Defendant's position or Defendant's job responsibilities), Defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, Defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8.  Defendant must not communicate or interact with anyone Defendant knows is engaged in criminal activity. If Defendant knows someone has been convicted of a felony, Defendant must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9.  If Defendant is arrested or questioned by a law enforcement officer, Defendant must notify the probation officer within 72 hours.

10. Defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).

11. Defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines that Defendant poses a risk to another person (including an organization), the probation officer may require Defendant to notify the person about the risk and Defendant must comply with that instruction. The probation officer may contact the person and confirm that Defendant has notified the person about the risk.

13. Defendant must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____    Date:_____

AO 245B (Rev. 09/19) Judgment in a Criminal Case

**Alejandro Flores**
**2:21-cr-119-SPC-KCD**

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1.   If the defendant's removal status is not resolved while he is incarcerated, then pursuant to 18 U.S.C. §3583(d), the defendant is to be delivered, upon release from imprisonment, to a duly authorized immigration official to determine if deportation is appropriate.  Should deportation be ordered, the defendant is to remain outside the United States, unless authorized by the Secretary for the Department of Homeland Security or the appropriate immigration authority.

2.   Defendant shall submit to drug testing not to exceed 104 tests per year.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Alejandro Flores
2:21-cr-119-SPC-KCD

## CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | **Assessment** | **AVAA Assessment[1]** | **JVTA Assessment[2]** | **Fine** | **Restitution** |
|---|---|---|---|---|---|
| **TOTALS** | **$100.00** | **$0.00** | **$0.00** | **WAIVED** | **$0.00** |

## SCHEDULE OF PAYMENTS

Special assessment shall be paid in full and is due immediately.

Having assessed Defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

---

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

AO 245B (Rev. 09/19) Judgment in a Criminal Case